```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION

CONCHITA WASHINGTON,              §
     Petitioner,                  §
                                  §
VS.                               §   CIVIL ACTION NO.4:09-CV-305-Y
                                  §
W. ELAINE CHAPMAN, Warden,        §
FMC-Fort Worth,                   §
     Respondent.                  §
```

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Conchita Washington under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 25, 2009; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 1, 2009.

The Court, after **de novo** review, concludes that Washington's objections must be overruled, and that to the extent Washington seeks compassionate release due to her medical needs in grounds one through three of the petition for writ of habeas corpus under 28 U.S.C. § 2241, it should be denied, and to the extent she seeks to challenge the conditions of her confinement in ground four, it should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED, as modified herein.

Conchita Washington's grounds one through three in the petition for writ of habeas corpus under 28 U.S.C. § 2241 are DENIED; and ground four is DISMISSED for lack of jurisdiction.

SIGNED December 10, 2009.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE